UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 04CR0504-JAH |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| ANTONIO TORRES-VALENCIA (5), | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: March 20, 2013

JOHN A. HOUSTON
United States District Judge